IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02708-REB-MEH

CRAIG D. JENKINS,

      Plaintiff,

v.

RADISSON STAPLETON PLAZA HOTEL,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 5, 2011.**

      Before the Court is a letter from the Plaintiff, which the Court construes as motion to reconsider the Clerk's Note denying entry of default [filed April 28, 2011; docket #26]. Just two days before the motion was filed, the Court determined the proper method of service and ordered service by the United States Marshal on the registered agent of the Defendant. The Court assumes that the Plaintiff had not received the Court's order for service at the time he filed the motion; therefore, the motion is **denied as moot**.