**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02708-REB-MEH

CRAIG D. JENKINS,

    Plaintiff,

v.

RADISSON STAPLETON PLAZA HOTEL,

    Defendant.

**ORDER OF DISMISSAL**

**Blackburn, J.**

    The matter is before me on the **Joint Motion To Dismiss** [#45][1] filed July 22, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Motion To Dismiss** [#45] filed July 22, 2011, is **GRANTED**; and

    2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated July 22, 2011, at Denver, Colorado.

        **BY THE COURT:**

        *Bob Blackburn*
        Robert E. Blackburn
        United States District Judge

---

[1] "[#45]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.